IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| JAMES W. JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civ. No. 11-1124-SLR/MPT |
| ) | |
| STATE OF DELAWARE DHSS/DSSC, ) | |
| ) | |
| Defendant. ) | |

# ORDER

At Wilmington this 5th day of June, 2013, having reviewed the Report & Recommendation issued in the above case on March 28, 2013 (D.I. 13) and the objections filed thereto by the defendant (D.I. 14);

IT IS ORDERED that the Report & Recommendation is adopted and the objections overruled,[1] as courts are loathe to dismiss complaints on purely procedural grounds, especially when pro se litigants are involved.

THEREFORE, IT IS FURTHER ORDERED that:

1. Defendant's motion to dismiss (D.I. 7) is denied.

2. Plaintiff's motion to amend (D.I. 11) is denied.

United States District Judge

---

[1] Because plaintiff did not timely object, plaintiff's motion to amend is denied, also consistent with the Report & Recommendation.